UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**GLENNDA SMITH VEATCH**
a/k/a GLENNDA S TILLIS-MARTIN,    Case No. 10-80707
GLENNDA TILLIS MARTIN, GLENNDA S
TILLIS
S.S. No.: xxx-xx-9942
Mailing Address: PO BOX 253, Laurel Hill, NC 28351-

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on April 23, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 28, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 4/1/10
Lastname-SS#: Veatch-9942

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | None | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Bank of the West | 2004 Terry Quantum Travel tra |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,100 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $1,059 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$99** per month for **36** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **22.57** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

Case 10-80707   Doc 1   Filed 04/23/10   Page 29 of 70

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Internal Revenue Service (ED)**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Chase<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Chase<br>Post Office Box 15299<br>Wilmington, DE 19850-5299 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American Express<br>Post Office Box 981535<br>El Paso, TX 79998-1535 | CitiBank<br>Post Office Box 6500<br>Sioux Falls, SD 57117 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Bank of the West<br>Post Office Box 4002<br>Concord, CA 94524-4002 | CitiFinancial<br>526 East Broad Avanuer<br>Rockingham, NC 28379-3757 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Belk<br>Post Office Box 981490<br>El Paso, TX 79998-1490 | CitiFinancial<br>Bankruptcy Department<br>Post Office Box 140489<br>Irving, TX 75014-0489 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | BP<br>c/o Chase<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402-6140 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Capital One<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | Discover<br>Post Office Box 30943<br>Salt Lake City, UT 84130 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Capital one<br>Post Office Box 85167<br>Richmond, VA 23285-5167 | Discover<br>Post Office Box 30421<br>Salt Lake City, UT 84130-0421 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Care Credit<br>c/o GE Money Bank<br>Post Office Box 981438<br>El Paso, TX 79998-1438 | GE Money Bank<br>Post Office Box 981127<br>El Paso, TX 79998-1127 |

GE Money Bank
Bankruptcy Department
Post Office Box 103106
Roswell, GA 30076-3016

GE Money Bank
Post Office Box 103104
Roswell, GA 30076

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Hawley's Cycle & Camping Center
5117 Highway 301 South
Hope Mills, NC 28348

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

JC Penney
Post Office Box 981131
El Paso, TX 79998-1131

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Lowe's
Post Office Box 981064
El Paso, TX 79998-1064

Michael Veatch
Post Office Box 253
Laurel Hill, NC 28351

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Scotland County Tax Collector
Post Office Box 488
Laurinburg, NC 28352-0488

Sears
Post Office Box 6282
Sioux Falls, SD 57117-6282

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Michael Veatch
Post Office Box 253
Laurel Hill, NC 28351